FILED
CLERK, U.S. DISTRICT COURT

6/25/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MMC _____ DEPUTY

CLERK, U.S. DISTRICT COURT

6/25/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ jm _____ DEPUTY

BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
SHAWN T. ANDREWS (Cal. Bar No. 319565)
Assistant United States Attorney
Deputy Chief, General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6104
     Facsimile: (213) 894-0141
     E-mail:    shawn.andrews@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 2:25-MJ-03896-DUTY-2 |
| Plaintiff, | GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION |
| v. | |
| LUIS DALHET HIPOLITO, | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel
of record, hereby requests detention of defendant and gives notice of
the following material factors:

☐   1.   Temporary 10-day Detention Requested (§ 3142(d)) on the

         following grounds:

    ☐   a.   present offense committed while defendant was on release

             pending (felony trial),

    ☐   b.   defendant is an alien not lawfully admitted for

             permanent residence; and

1    ☐   c.    defendant may flee; or

2    ☐   d.    pose a danger to another or the community.

3    ☒   2.    Pretrial Detention Requested (§ 3142(e)) because no

4           condition or combination of conditions will reasonably

5           assure:

6    ☒   a.    the appearance of the defendant as required;

7    ☒   b.    safety of any other person and the community.

8    ☐   3.    Detention Requested Pending Supervised Release/Probation

9           Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C.

10         § 3143(a)):

11   ☐   a.    defendant cannot establish by clear and convincing

12          evidence that he/she will not pose a danger to any

13          other person or to the community;

14   ☐   b.    defendant cannot establish by clear and convincing

15          evidence that he/she will not flee.

16   ☐   4.    Presumptions Applicable to Pretrial Detention (18 U.S.C.

17          § 3142(e)):

18   ☐   a.    Title 21 or Maritime Drug Law Enforcement Act ("MDLEA")

19          (46 U.S.C. App. 1901 et seq.) offense with 10-year or

20          greater maximum penalty (presumption of danger to

21          community and flight risk);

22   ☐   b.    offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or

23          2332b(g)(5)(B) with 10-year or greater maximum penalty

24          (presumption of danger to community and flight risk);

25   ☐   c.    offense involving a minor victim under 18 U.S.C.

26          §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251,

27          2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4),

28

1          2260, 2421, 2422, 2423 or 2425 (presumption of danger

2          to community and flight risk);

3    ☐    d.    defendant currently charged with an offense described

4          in paragraph 5a - 5e below, AND defendant was

5          previously convicted of an offense described in

6          paragraph 5a - 5e below (whether Federal or

7          State/local), AND that previous offense was committed

8          while defendant was on release pending trial, AND the

9          current offense was committed within five years of

10          conviction or release from prison on the above-

11          described previous conviction (presumption of danger to

12          community).

13   ☒    5.    Government Is Entitled to Detention Hearing Under § 3142(f)

14          If the Case Involves:

15   ☐    a.    a crime of violence (as defined in 18 U.S.C.

16          § 3156(a)(4)), a violation of 18 U.S.C. § 1591, or

17          Federal crime of terrorism (as defined in 18 U.S.C.

18          § 2332b(g)(5)(B)) for which maximum sentence is 10

19          years' imprisonment or more;

20   ☐    b.    an offense for which maximum sentence is life

21          imprisonment or death;

22   ☐    c.    Title 21 or MDLEA offense for which maximum sentence is

23          10 years' imprisonment or more;

24   ☐    d.    any felony if defendant has two or more convictions for

25          a crime set forth in a-c above or for an offense under

26          state or local law that would qualify under a, b, or c

27

28

                                    3

1          if federal jurisdiction were present, or a combination
2          or such offenses;
3    ☐    e.   any felony not otherwise a crime of violence that
4          involves a minor victim or the possession or use of a
5          firearm or destructive device (as defined in 18 U.S.C.
6          § 921), or any other dangerous weapon, or involves a
7          failure to register under 18 U.S.C. § 2250;
8    ☒    f.   serious risk defendant will flee;
9    ☒    g.   serious risk defendant will (obstruct or attempt to
10         obstruct justice) or (threaten, injure, or intimidate
11         prospective witness or juror, or attempt to do so).
12   ☐  6.  Government requests continuance of _____ days for detention
13      hearing under § 3142(f) and based upon the following
14      reason(s):
15
16      _____
17      _____
18      _____
19  //  _____
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

1    ☐    7.    Good cause for continuance in excess of three days exists in

2         that:

3

4    _____

5    _____

6    _____

7    _____

8    Dated: June 25, 2025              Respectfully submitted,

9                                      BILAL A. ESSAYLI
                                       United States Attorney
10
                                       CHRISTINA T. SHAY
11                                     Assistant United States Attorney
                                       Chief, Criminal Division
12

13                                     _____/s/_____

14                                     SHAWN T. ANDREWS
                                       Assistant United States Attorney
15
                                       Attorneys for Plaintiff
16                                     UNITED STATES OF AMERICA

17

18

19

20

21

22

23

24

25

26

27

28