Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov For Riverside criminal duty.

FILED
2025 JUN 26 AM 10: 05
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: MRV

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA PLAINTIFF<br>V.<br>ANDREA GUADALUPE VELEZ DEFENDANT<br>USMS# ______ | CASE NUMBER: 2:25-MJ-03896-DUTY-1<br>**REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 6/24/2025 at 9:30 ☒ AM ☐ PM
   or
   The defendant was arrested in the ______ District of ______ on ______ at ______ ☐ AM ☐ PM
2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No
3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No
4. Charges under which defendant has been booked:
   Title 18, United States Code, Section 111(a)(1) (Assault on a Federal Officer)
5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
6. Interpreter Required: ☒ No ☐ Yes Language: ______
7. Year of Birth: 1992
8. Defendant has retained counsel: ☒ No
   ☐ Yes Name: ______ Phone Number: ______
9. Name of Pretrial Services Officer notified: ______
10. Remarks (if any): ______
11. Name: Timothy Holden (please print)
12. Office Phone Number: 818-237-8160
13. Agency: ATF
14. Signature: Timothy Holden
15. Date: 06-25-2025